UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHIVA STEIN,
                                Plaintiff,    :      21 Civ. 6586 (LGS)

       -against-                   :            ORDER

QAD INC., et al.,
                             Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated August 12, 2021, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference. (Dkt. No. 4.)

    WHEREAS, the initial pretrial conference is currently scheduled for October 7, 2021, at 10:40 a.m.

    WHEREAS, Defendants have not appeared, and Plaintiff has not filed proof of service on the docket. It is hereby

    **ORDERED** that if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **October 4, 2021**, at **noon**. If Plaintiff has not been in communication with Defendants, she shall file a status letter regarding her efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **October 4, 2021**, at **noon**.

Dated: October 1, 2021
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                 **UNITED STATES DISTRICT JUDGE**